UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIUSZ KUZIAN, JAMES G. BROWN AND DEBRA A. THOMAS-BROWN On Behalf of Themselves and All Other Persons Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 1:12-cv-03341 (NLH-AMD)<br><br>Honorable Noel L. Hillman |
| IRMA LEDERER, On Behalf of Himself and All Other Persons Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>　　　　　　　　　　Defendants. | Case No.: 1:12-cv-03930 (NLH-AMD)<br><br>Honorable Noel L. Hillman |

## CONSENT ORDER REVISING BRIEFING SCHEDULE

**WHEREAS**, on September 19, 2012 this Court entered a Stipulation and Order to File Amended Complaint and Set Revised Briefing Schedule which provided that Plaintiffs' opposition to Defendant's motion to dismiss would be due on November 5, 2012 and Defendant's reply would be due on November 19, 2012; and

**WHEREAS** the loss of power and damage from the recent hurricane has made compliance with the present schedule impossible; and

**WHEREAS** good cause has been shown

**IT IS HEREBY ORDERED**:

1. Plaintiffs shall file their opposition to the motions to dismiss filed in the <u>Lederer</u> and <u>Kuzian</u> actions by November 27, 2012.

2. Electrolux shall file its reply in the <u>Lederer</u> and <u>Kuzian</u> actions by December 18, 2012.

3. Defendant's motions to dismiss the Complaints in the <u>Kuzian</u> and <u>Lederer</u> consolidated actions are hereby adjourned to January 7, 2013.

DATED: November 8, 2012

SO ORDERED:

_Noel L. Hillman_
Noel L. Hillman, U.S.D.J.

**THE UNDERSIGNED HEREBY
CONSENT TO THE FORM AND
ENTRY OF THE FOREGOING ORDER**

John N. Poulos
Joseph LoPiccolo
**POULOS LOPICCOLO PC**
1305 South Roller Rd.
Ocean, New Jersey 07712
732-757-0165
poulos@pllawfirm.com
_/s/ John N. Poulos_
*Attorneys for Plaintiff*

Bruce H. Nagel
Randee M. Matloff
Diane E. Sammons
**NAGEL RICE, LLP**
103 Eisenhower Parkway
Roseland, New Jersey 07068-1097
973-618-0400
dsammons@nagelrice.com
bnagel@nagelrice.com
rmatloff@nagelrice.com

_/s/ Randee M. Matloff_
*Attorneys for Plaintiffs*

Jeffrey M. Garrod
**ORLOFF, LOWENBACH, STIFELMAN & SIEGEL, P.A.**
101 Eisenhower Parkway
Roseland, New Jersey 07068-1097
973-622-6200
jmg@olss.com
*/s/ Jeffrey M. Garrod*
*Attorney for Defendant*
And
C. Brandon Wisoff, Esq. (pro hac vice)
Thomas B. Mahew, Esq. (pro hac vice)
Farella Braun + Martel LLP
235 Montgomery Street
San Francisco, CA 94104